■ RAYMOND B. POWELL et al., Appellants, v TARANTINO FOODS, INC., Doing Business as TARANTINO'S, Respondent. (Appeal No. 1.) [652 NYS2d 188] —Order unanimously reversed on the law with costs, motion denied and complaint reinstated. Memorandum: Supreme Court erroneously concluded that the entry contained in the police report that the driver had left the keys in the vehicle is insufficient to raise a triable issue of fact whether the keys were left in the ignition of the unattended vehicle (*see,* Vehicle and Traffic Law § 1210 [a]; *Shea v Johnson,*

101 AD2d 1018). Issue finding rather than issue determination is the function of the court on a motion for summary judgment. (Appeal from Order of Supreme Court, Erie County, Michalek, J.—Summary Judgment.) Present—Denman, P. J., Green, Pine, Callahan and Boehm, JJ.